AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Adam Fox, Barry Croft, Ty Garbin, Kaleb Franks, Daniel Harris and Brandon Caserta | ) ) ) ) ) | Case No. 1:20-mj-416 |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2020 to the present__ in the county of __Kent and elsewhere__ in the __Western__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201(c) | Conspiracy to commit kidnapping |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

RICHARD TRASK, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: October 6, 2020

_Judge's signature_

City and state: Grand Rapids, Michigan

Sally J. Berens, U.S. Magistrate Judge
_Printed name and title_