UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Case No. 1:20–mj–416

v.                                  Hon. Sally J. Berens

BRANDON CASERTA,

       Defendant.
_____/

# **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Status Conference |
| Date/Time: | December 17, 2020   12:00 PM<br>*(previously set for same date at 11:00 AM for an in person proceeding)* |
| Magistrate Judge: | Sally J. Berens |
| Place/Location: | by video |

*Zoom connection information will be sent to the attorneys before the hearing. Public access information for this proceeding will be filed separately. RECORDING OR BROADCASTING OF THIS PROCEEDING IS PROHIBITED LGenR 4.1(c)(i) and (ii).*

                                                        SALLY J. BERENS
                                                        U.S. Magistrate Judge

Dated:  December 14, 2020       By:   /s/ Julie Lenon_____
                                                           Courtroom Deputy